ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MARGARET PERLMETER
Assistant U.S. Attorney
Arizona State Bar No. 024805
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Margaret.Perlmeter@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Ivan Jimenez-Idelfonso,
a.k.a.: Ivan Jiminez-Idelfonso,
a.k.a. Ivan Idelfonso,
a.k.a.: Ivan Jimenez,

    Defendant.

No. CR-18-08282-PCT-SPL

**Mag. No. 18-08245**

**INFORMATION**

VIO: 8 U.S.C. § 1326(a) and (b)(1)

(Reentry of Removed Alien)

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about October 12, 2015, at or near Camp Verde, in the District of Arizona, IVAN JIMENEZ-IDELFONSO, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about September 27, 2013, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Dated this  3rd  day of  August , 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

_____ Sean Lokey for
MARGARET PERLMETER
Assistant U.S. Attorney

SCANNED